UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

IN RE: LAWRENCE L. CRAWFORD,   9:13-AF-0001
                               (GLS)
                Respondent.

---

## ORDER

On December 4, 2013, respondent Lawrence L. Crawford was enjoined from filing future cases in this District without permission from the Chief Judge. *See* Dkt. No. 6 (Anti-Filing Injunction Order ("AFIO")). Notwithstanding that Order, in August, 2014, Crawford submitted a complaint (Dkt. No. 8) seeking judicial relief, without first requesting leave and making the showing required by the AFIO.

**WHEREFORE**, it is hereby

**ORDERED** that the Clerk shall open a new civil action with the filing date of August 22, 2014 and file Crawford's complaint (Dkt. No. 8) as the initial docket entry in that action; and it is further

**ORDERED** that the complaint is hereby **DISMISSED** due to Crawford's failure to comply with the AFIO; the Clerk shall file a copy of this Order in the new civil action and close the case; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and the AFIO on Crawford by regular mail, and shall also send Crawford a copy of the docket sheet for the new civil action referencing the filings and indicating that the case is closed.

**IT IS SO ORDERED.**

Dated: December 12, 2014
      Albany, New York

*Gary L. Sharpe*
Chief Judge
U.S. District Court